UNITED STATES FEDERAL COURT
FOR THE FIRST CIRCUIT
EASTERN MASSACHUSETTS DIVISION

04 12... RCL

NASSER SADRI                        )
                                    )
           Plaintiff                )    Civil Action No.
                                    )
v.                                  )    MAGISTRATE JUDGE_____
                                    )
DENIS RIORDAN, DISRTRICT            )
DIRECTOR OF THE UNITED STATES       )
CITIZENSHIP AND IMMIGRATION         )
SERVICES OF THE DEPARTMENT OF       )
HOMELAND SECURITY                   )
                                    )
                                    )
           Defendant                )
                                    )
                                    )

**COMPLAINT FOR A WRIT OF MANDAMUS**

To the Honorable Judge of Said Court:

**INTRODUCTION:**

This action is brought by the Plaintiff to compel the Defendant to adjudicate the application by Plaintiff NASSER SADRI for his naturalization. The application has been on file with the United States Citizenship and Immigration Services since April 12, 2001, and the Defendant has refused to complete the case. The Defendant has no legitimate explanation for this delay.

**PARTIES:**

1. The Plaintiff is a citizen of Iran, lawfully admitted for Lawful Permanent Residence in 1994. He resides with his wife in Watertown, Massachusetts.

2. The Defendant is the officer of the United States Citizenship and Immigration Services ("USCIS"), an agency within the U. S. Department of Homeland Security, who is charged by law with the obligation of adjudicating applications by aliens lawfully admitted for permanent residence—such as Plaintiff—for naturalization as United States citizens.

**JURISDICTION:**

3. This is a civil action brought pursuant to 28 USC secs. 1331 and 1361 to redress the deprivation of rights, privileges and immunities secured to the Plaintiff, by which jurisdiction is conferred, to compel Defendant and those working under him to perform duties he owes to the Plaintiff.

4. Jurisdiction is also conferred by 5 USC sec. 704. Plaintiff is aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Courts. 5 USC secs. 702 *et seq.*

5. The aid of the Court is invoked under 28 USC secs. 2201 and 2202, authorizing a declaratory judgment.

6. Costs and attorneys fees will be sought pursuant to the Equal Access to Justice Act, 5 USC sec. 504, and 28 USC 2412(d), *et seq.*

**VENUE:**

7. Venue is proper in Boston, Massachusetts, since the Defendant District Director has his principal place of business there.

**REMEDY SOUGHT:**

8. Plaintiff seeks to have the Court compel the Defendant District Director to adjudicate the N-400 application for naturalization, which the Plaintiff filed with the Defendant in April, 2001.

**CAUSE OF ACTION:**

9. On October 1, 2001, the Plaintiff appeared at the Defendant's Place of Business for a Naturalization Interview. He was told that he passed the "test" and that he would be notified of a date for an oath ceremony. He has never been notified. A copy of the pertinent document is hereby attached as Exhibit A.

10. Although the Defendant has acknowledged that the naturalization case is properly filed and pending with his office, and although he has been requested on numerous occasions to proceed with the case and complete it, he has continuously failed and refused to do so. Upon repeated inquiries, written, verbal, and in-person, the Defendant's office states that they are still "conducting a name-check" of the Plaintiff.

11. On October 12, 2004, the Plaintiff submitted a copy of the current Complaint for a Writ of Mandamus, to Defendant, at USCIS, via Certified Mail, seeking to effectuate a settlement. The Defendant has not responded, as of the date of this Complaint.

12. There is no reason that the Plaintiff is disqualified for naturalization. Even though the Defendant District Director may wish to investigate the case, there is no reason for the investigation to take this long.

13. The Plaintiff asserts that the Defendant has no legal basis for failing to proceed with the case.

14. The Plaintiff has no administrative remedies. There are no administrative remedies provided for neglect of duty.

15. Furthermore, the Defendant District Director, by failing to adjudicate the application, is denying the Plaintiff the right to have the denial reviewed by this court.

16. Mandamus is appropriate because there is no other remedy at law. But the Plaintiff seeks to compel a decision to be made, in terms of both mandamus and in terms of the Administrative Procedures Act for administrative action wrongfully withheld.

**PRAYER:**
Wherefore, the Plaintiff prays that the Court compel the District Director of the USCIS at Massachusetts to perform his duty to rule upon the N-400 application for naturalization filed by the Plaintiff, grant such other relief as may be proper under the circumstances, and grant attorneys fees and costs of court. The Plaintiff further prays that if the decision is adverse to him, that the decision include justification an explanation to preclude the sense of retaliation for having brought this lawsuit or for having exposed the District Director's inefficiency to the senior officers of the district, region and central offices of the USCIS.

Dated: November 26, 2004

Respectfully submitted,
Attorney for the Plaintiff,

Ben Tahriri, Esq.
BBO # 652042
343 Washington St.
Newton, MA 02458
Tel: (617) 965-1090
Fax: (617) 965-5020

U.S. Department of Justice
Immigration and Naturalization Service

Nature/ation Interview Results

EXHIBIT "A"

A #: 043130684

On 10-9-01 you were interviewed by INS Officer **Marchick**

- [x] You passed the tests of English and U.S. history and government.
- [ ] You passed the test U.S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.
- [ ] You will be given another opportunity to be tested on your ability to ____ speak/ ____ read/ ____ write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- [ ] Please follow the instructions on the Form N-14.
- [x] INS will send you a written decision about your application.
- [ ] You did not pass the second and final test of your ____ English ability/ ____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

**It is very important that you:**

- ✓ Notify INS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev 03-31-00)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Sadri v. Riordan, Dir. Director of USCIS__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [x] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.  *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

   (Watermark: 04 12640 RCL)

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403).
   YES [ ]   NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Ben Takos__
ADDRESS __543 Washington St, Newton, MA 02458__
TELEPHONE NO. __(617) 965-1090__

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

I. (a) PLAINTIFFS

DEFENDANTS

(b) County of Residence of First Listed Plaintiff **MIDDLESEX**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **SUFFOLK**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
BEN TAHRIRI, Esq.
343 Washington St.  Fax: (617)965-5020
Newton, MA 02458  Tel:(617)965-1090

Attorneys (If Known)

II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Nature of suit checkboxes - none marked except:]
CIVIL RIGHTS: ☒ 440 Other Civil Rights

V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

COMPLAINT FOR A WRIT OF MANDAMUS

VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE
DOCKET NUMBER

DATE: 12-16-04
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____