AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN   District of   MASSACHUSETTS

NASSER SADRI

V.

DENNIS RIORDAN, DISTRICT DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES OF THE DEPARTMENT OF HOMELAND SECURITY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12640 RCL

TO: (Name and address of Defendant)

DENNIS RIORDAN, DISTRICT DIRECTOR
USCIS
JFK FEDERAL BUILDING
ROOM E-170
BOSTON, MA 02203

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BEN TAHRIRI, ESQ.
343 WASHINGTON ST.
NEWTON, MA 02458

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ___   DEC 16 2004

CLERK   DATE

(By) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE JANUARY 3, 2005 |
| NAME OF SERVER (PRINT) MARVIN FEINMAN | TITLE CONSTABLE OF BROOKLINE AND DISINTERESTED PERSON |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Copies were left with Karen Hayden, Assist District Director f/ain and agent in charge of Office of Dennis Reardon, District Director, USCIS at JFK Federal Building, Room E-170, Boston, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 3 | SERVICES 40 | TOTAL ~~$0.00~~ 43 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Jan 3 2005
            Date

Signature of Server: Marvin Feinman

78 ST. PAUL ST
BROOKLINE, MA 02446

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.