# Benjamin B. Tariri
### *Attorney at Law*



April 1, 2005

SENT VIA FIRST CLASS MAIL

Civil Clerk of the Court
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:　**Nasser Sadri v. Denis Riordan, District Director of USCIS of Homeland Security**
Civil Action #: 04 12640 RCL

Dear Clerk of the Court,

Pursuant to Fed. R. Civ. P. 55 (b) (1), please enter a Default Judgment of the above-mentioned Defendant in the civil action. The Defendant has failed to file an answer to the Complaint within the permitted time period. In fact, we have not received any response from the Defendant. Plaintiff's Affidavit is enclosed.

Please contact me should you have any questions or concerns. Your usual courtesies are greatly appreciated. Thank you.

Very truly yours,

Benjamin B. Tariri, Esq.
a/k/a Ben Tahriri