AFFIDAVIT OF PLAINTIFF IN SUPPORT OF HIS REQUEST FOR ENTRY OF
DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55 (b) (1)

RE: **Nasser Sadri v. Denis Riordan, District Director of USCIS of Homeland Security**
Civil Action #: **04 12640 RCL**

I, Nasser Sadri, hereby state and depose as follows:

1. I, the Plaintiff, NASSER SADRI, am a citizen of Iran, lawfully admitted for Lawful Permanent Residence in 1994. I reside with my wife in Watertown, Massachusetts;

2. On October 1, 2001, I appeared at the Defendant, District Director's Place of Business for a Naturalization Interview. I was told that I had passed the "test" and that I would be notified of a date for an oath ceremony. I have never been notified.

3. The District Director has acknowledged that my naturalization case is properly filed and pending with his office, and although I have requested from him on numerous occasions to proceed with the case and complete it, he has continuously failed and refused to do so. Upon repeated inquiries, written, verbal, and in-person, the District Director's office states that they are still "conducting a name-check" for me.

4. On November 26, 2004, I filed a complaint for a Writ of Mandamus against the Defendant with the First Circuit of the Federal District Court, in Eastern Massachusetts, docket no. 0412640 RCL.

5. On January 3, 2005, via a Special Process Server, I served a Summons along with a copy of Complaint for a Writ of Mandamus, on the District Director at USCIS. The District Director has not responded, till date.

6. The District Director had until March 5, 2005 to submit his answer. He has failed to do so.

7. To the best of my knowledge, the defendant is not a person in military service as defined in Article I of the "Soldiers and Sailors Civil Relief Act" of 1940, as amended.

Signed under pains and penalties of perjury this 30th day of March 2005.

_NASSER SADRI_
Nasser Sadri

## Commonwealth Of Massachusetts

March 30, 2005

Middlesex, ss.

On this **30**th day of **March 2005**, before me, the undersigned notary public, personally appeared **Nasser Sadri**, proved to me through satisfactory evidence of identification, which was _____Mass. Drivers License_____, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Benjamin B. Tariri
Notary Public
Comm. of Massachusetts
My Commission Expires: 5-1-'09

**Benjamin B. Tariri**
a/k/a Ben Tahriri
**Notary Public**
**My commission expires: May 1, 2009**