**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**NASSER SADRI**
       Plaintiff

    V.                                       CIVIL ACTION

                                                     NO.04-12640-RCL

**DENNIS RIORDAN**        Defendant

<u>ORDER OF DISMISSAL</u>

**LINDSAY, D.J.**

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                                   By the Court,

                                                   /s/ Lisa M. Hourihan

                                                   **Deputy Clerk**

October 5, 2005